[No. 12573–7–I.  Division One.  June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLO VINCENT·SPATARI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03815–4, Horton Smith, ·J., entered November 10, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Corbett, J.

[No. 12617–2–I.  Division One.  June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LORENCE JOHN NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00738–1, Charles V. Johnson, J., entered December 6, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.

[No. 12739–0–I.  Division One.  June 6, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TILLMAN GEORGE FARR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02392–1, Gerard M. Shellan, J., entered January 12, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.